671-647-1867                                    12:53:39 p.m.    07-30-2012          2/3

**BEFORE THE**
**GUAM CIVIL SERVICE COMMISSION**

**BOARD OF COMMISSIONERS**



IN THE MATTER OF:

DHAN DOBERT S. BARRIDO ,

Employee,

vs.

DEPARTMENT OF ADMINISTRATION ,

Management.

POST AUDIT
CASE NO. 11-PA-02

**DECISION AND JUDGMENT**

This matter came before the Civil Service Commission at its regularly scheduled meeting on June 14, 2012. At issue was the determination of whether to accept recommendations made by Commission staff with regard to a request for post audit submitted to the Commission by Dhan Dobert Barrido ("Barrido"). On May 8, 2012, the Commission authorized investigation pursuant to Barrido's request under 4 G.C.A. § 4403(d). Barrido contended that he was improperly rated as not qualified by the Department of Administration for a position as Social Work I with the Department of Public Health and Social Services.

After investigation, Commission staff found Barrido had, indeed, satisfied the requirements for the position of Social Worker I. Specifically, the staff found that Barrido's degree major, which was in Criminal Justice, satisfied the requirement outlined in the job specification that an applicant for the position of Social Worker I have a degree in a social or behavioral science. The staff report was provided to both the Department of Administration and Barrido. On June 8, 2012, the

*Dhan Barrido vs. DOA*

Department of Administration responded in writing, raising an issue of jurisdiction. In particular, the Department of Administration contended that because Barrido had not yet completed his term of probationary employment prior to his filing of his audit request with the Commission on December 27, 2011, the Commission lacked jurisdiction in this matter. By a vote of 6-0, the Commission determined that because it had authorized investigation of the matter *after* Barrido's probationary term had lapsed, it had jurisdiction to proceed in the matter. By a vote of 6-0, the Commission determined that Barrido had been improperly found not qualified for the position of Social Worker I and accordingly, sets aside the Department of Administration's rating of Barrido as not qualified for the position of Social Worker I.

So ordered and adjudged this 26ᵗʰ day of July, 2012.

**LUIS R. BAZA**
Chairman

**MANUEL R. PINAUIN**
Vice-Chairman

**PRISCILLA T. TUNCAP**
Commissioner

**JOHN SMITH**
Commissioner

**LOURDES HONGYEE**
Commissioner

**DANIEL D. LEON GUERRERO**
Commissioner

**EDITH C. PANGELINAN**
Commissioner

*Dhan Barrido vs. DOA*